UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Hunter, Sr., | File No. 18-cv-1773 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden Rios, | |
| Respondent. | |

---

The Court has received the May 15, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. ECF No. 11. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**;
2. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**; and
3. The action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 11, 2019        s/ Eric C. Tostrud
                            Eric C. Tostrud
                            United States District Court